IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

       **v.**                 No. 03-30006

**CHARLES HAMILTON**                                              **DEFENDANT**

## O R D E R

NOW on this 30th day of September 2011, this matter comes on for consideration on the United States Probation Office's **Petition for Warrant or Summons for Offender Under Supervision (Doc. 32)**. The Court, being well and sufficiently advised, finds and orders as follows:

1. On October 27, 2003, defendant was sentenced by this Court to fifteen (15) months imprisonment and three (3) years supervised release for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). Defendant's sentence ran concurrently with his sentence in a state court criminal case. Defendant's term of supervised release commenced on February 26, 2009.

2. On May 20, 2011, the United States Probation Office filed a **Petition for Warrant or Summons for Offender Under Supervision (Doc. 32)** in which it advised the Court that defendant has been charged on state drug offenses in Carroll County, Arkansas. Based on these charges, the United States Probation Office recommends that the Court revoke the defendant's term of supervised release.

3. In response to the Petition, the Court issued a warrant for the defendant's arrest and the Court held a revocation hearing on September 27, 2011. At the revocation hearing, the defendant appeared with his attorney, Jack Schisler, as well as an Assistant United States Attorney and the United States Probation Officer assigned to this case.

4. At the revocation hearing, the defendant admitted his guilt to the state drug charges.

5. Based on the testimony and arguments of counsel at said hearing, the Court determined to extend the term of defendant's supervised release from February 12, 2012, to March 27, 2012. The Court further determined to take this matter under advisement for six months during said time period the defendant shall participate in a state drug court program.

If by review of this matter on March 27, 2012, the defendant has committed no further violations, then the Court will terminate defendant's term of supervised release and no further action will be taken on defendant's violations.

**IT IS THEREFORE ORDERED** that defendant's term of supervised release is hereby extended from February 12, 2012, to **March 27, 2012**.

**IT IS FURTHER ORDERED** that the Court will take the United States Probation Office's petition to revoke defendant's term of supervised release under advisement for six (6) months, until March

27, 2012.  During this time period, defendant shall participate in a state court drug program.  If by review of this matter on March 27, 2012, the Court is satisfied that defendant has committed no further violations, then the Court will terminate defendant's term of supervised release and no further action will be taken on defendant's violations.

    **IT IS SO ORDERED.**

    **/s/ Jimm Larry Hendren**
    **HON. JIMM LARRY HENDREN**
    **UNITED STATES DISTRICT JUDGE**